Gifford Company, respondents. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Motion for leave to appeal to the Court of Appeals denied.

Kate REILLY, as administratrix, etc., appellant, v. NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY and Jobson-Gifford Company, respondents. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Motion for reargument denied, without costs.

Thomas REILLY, respt., v. Louis TAMER, applt. (Supreme Court, Appellate Division. Third Department. June 30, 1916.) Judgment and order unanimously affirmed, with costs.

Louis REITMAN, Respt., v. Frederick SOBEL, Applt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

In the matter of the application of George E. REYNOLDS for admission to the bar. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Application granted.

Anna P. RIBOT et al., as Admrs., v. NEW YORK RAILWAYS CO. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motion granted. Settle order on notice.

Anna P. RIBOT et al., as Admrs., etc., Respts., v. NEW YORK RAILWAYS CO., Applt. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

George L. RICE, applt., v. Burt L. GIDDINGS, respt. (Supreme Court, Appellate Division, Fourth Department. May 3, 1916.) Appeal dismissed unless appellant serve proposed case by May 12th, and file and serve printed record and brief on appeal by May 22d.

George L. RICE, applt., v. Burt L. GIDDINGS, respt. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Order affirmed with costs. All concur.

Clark H. RICE, respt., v. POSTAL TELEGRAPH–CABLE CO., applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Motion for leave to appeal to Court of Appeals granted and questions for review certified.

RICHMOND ASSETS COLLECTING COMPANY, appellant, v. Jules E. BACHE et al., respondents. (Supreme Court, Appellate Division, Second Department. May 26, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

RICHMOND ASSETS COLLECTING CO. v. Maurice M. STERNBERGER. (Supreme

Court, Appellate Division, First Department. May 12, 1916.) Motion denied, with $10 costs. Order filed.

Meyer RINGE, an inft., etc., Respt., v. John BEAVER, as Recr., etc., Applt. (Supreme Court, Appellate Division, First Department. June 2, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

RIVERDALE REALTY CO., Applt., v. The CITY OF NEW YORK et al., Respts. (Supreme Court, Appellate Division, First Department. May 19, 1916.) Judgment affirmed, with costs. No opinion. Clarke, P. J., dissenting. Order filed.

Hugh H. ROBINSON, applt., v. Brayton D. BROWN and one, respts. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Order affirmed with $10 costs and disbursements. All concur.

ROBERTS, NASH & COMPANY, respondent, v. NASSAU & SUFFOLK LIGHTING COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Mills, Rich, and Putnam, JJ., concur.

Louis ROBISON, appellant, v. George WALTER, respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) The defendant should state what deeds, other than those set out in the answer, he relies upon to show restrictive covenants and agreements. If he will offer no others at the trial, he may so state. The order is reversed, without costs, and the motion so far as stated granted, without costs. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

William H. ROE and John J. Roe, as administrators, etc., of Caroline E. Roe, deceased, respondents, v. S. Annie MILLS, as administratrix, etc., of S. Decatur Hawkins, deceased, appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

ROLLS–ROYCE, Limited, Respt., v. Mary A. J. DEVLIN, Applt. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

ROSENTHAL PAPER CO. v. NAT. FOLDING BOX & PAPER CO. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Application granted. Order signed.

Frederick J. ROSS, applt., v. A. A. ENGLE LUMBER CO., respt. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Judgment and order affirmed with costs. All concur.